**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| FMI INSURANCE COMPANY a/s/o JANSEN MELO and EMILLIE MELO, <br><br> Plaintiff, <br> v. <br><br> NINGBO HILEY TECHNOLOGY CO. LTD and HYPERTOYZ, <br><br> Defendants, | Civil Action No. 2:22-cv-07444-BRM-JBC <br><br> **~~AMENDED~~ ORDER** <br> **AND DEFAULT JUDGMENT** |

This matter having been opened to the court by the law offices of Macnow & Papaleo Attorneys at Law, attorneys for the plaintiff for an Order to enter default judgment against Hypertoyz and the Court having read and reviewed the moving papers submitted and any opposition thereto and for good cause having been shown;

It is on this __20th__ day of __February__, 2024

ORDERED that plaintiff's motion to enter default judgment against Hypertoyz be and is hereby granted, and it is further

ORDERED that default judgment be and is hereby entered in favor of the plaintiff and against Hypertoyz in the amount of $334,049.52, and it is further

ORDERED that a copy of this Order is deemed to be served on all counsel via efiling by the Court.

_/s/ Brian R. Martinotti_

HON. BRIAN R. MARTINOTTI